UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/11/2020__

------------------------------------------------------------- X
DISABLED IN ACTION, a nonprofit organization,  :
BROOKLYN CENTER FOR INDEPENDENCE          :
OF THE DISABLED, a nonprofit organization,       :
PAULA WOLFF, an individual, JEAN RYAN, an       :
individual, EDITH PRENTISS, an individual, and    :
DUSTIN JONES, an individual, on behalf of            :
themselves and all other similarly situated,            :
                                                                                 :
                                                      Plaintiffs,      :
                                                                                 :
                             -against-                                      :
                                                                                 :
THE CITY OF NEW YORK, NEW YORK CITY       :
POLICE DEPARTMENT, and JAMES O'NEILL,       :
in his official capacity as Commissioner of the New :
York City Police Department,                                  :
                                                                                 :
                                                      Defendants.   :
------------------------------------------------------------- X

16-CV-08354 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the conference scheduled for March 13, 2020, is

ADJOURNED to **April 3, 2020, at 10:00 a.m.**  The parties' preconference letter is due no later

than **March 26, 2020**.

**SO ORDERED.**

Date:  **March 11, 2020**                                      _____
         **New York, New York**                                         **VALERIE CAPRONI**
                                                                                  **United States District Judge**