USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISABLED IN ACTION, a nonprofit organization,
BROOKLYN CENTER FOR INDEPENDENCE
OF THE DISABLED, a nonprofit organization,
PAULA WOLFF, an individual, JEAN RYAN, an
individual, EDITH PRENTISS, an individual, and
DUSTIN JONES, an individual, on behalf of
themselves and all other similarly situated,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, and JAMES O'NEILL,
in his official capacity as Commissioner of the New
York City Police Department,

                              Defendants.

---

16-CV-08354 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

      IT IS HEREBY ORDERED that the conference scheduled for April 3, 2020, is ADJOURNED to **April 17, 2020, at 10:00 a.m.** The parties' preconference letter is due no later than **April 9, 2020**.

**SO ORDERED.**

Date: March 13, 2020
       New York, New York

                                  **VALERIE CAPRONI**
                                  **United States District Judge**