UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DISABLED IN ACTION, et al.,

                Plaintiffs,

                -against-

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

No. 16-CV-8354 (VEC)

**SCHEDULING ORDER**

**ONA T. WANG, United States Magistrate Judge:**

This matter has been referred to the undersigned for settlement. (ECF 155). It is **HEREBY ORDERED** that the parties shall meet and confer and file a joint letter by **April 29, 2020** indicating their availability for a Settlement Call on May 1, 2020 at 11:00 a.m., May 4, 2020 at 2:00 p.m., or May 7, 2020 at 10:30 am. Counsel shall also review and comply with the Court's Individual Rules of Practice in Civil Cases § VI.

**SO ORDERED.**

Dated: April 23, 2020
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge