UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DISABLED IN ACTION, et al.,

              Plaintiffs,

              -against-

CITY OF NEW YORK, et al.,

              Defendants.
------------------------------------------------------------x

No. 16-CV-8354 (VEC)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court had a settlement call with parties on May 4, 2020. On the call, the Court discussed with parties certain follow-up items for each party to contemplate and to discuss on the next call with the Court. Defendants were further directed to submit via *ex parte* email to Chambers (Wang_NYSDChambers@nysd.uscourts.gov) a description of the "buckets" in their survey by **May 8, 2020**.

The Court schedules the following settlement calls with the parties:

- **May 12, 2020 at 3:30 pm with Defendants only.**
- **May 12, 2020 at 4:00 pm with Plaintiffs only.**

Parties are directed to call Chambers (212) 805-0260 at their respective scheduled times.

    **SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: May 4, 2020                                   **Ona T. Wang**
      New York, New York                     United States Magistrate Judge