

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **JAMES E. JOHNSON** | **LAW DEPARTMENT** | **CAROLYN E. KRUK** |
| *Corporation Counsel* | 100 CHURCH STREET | cell: (646) 939-7631 |
| | NEW YORK, NY 10007 | ckruk@law.nyc.gov |

July 6, 2020

**VIA ECF**

Hon. Ona. T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    *Disabled in Action et al. v. City of New York et al.*
             16 CV 8354 (VEC)(OTW)

Dear Magistrate Judge Wang:

      I am one of the Assistant Corporation Counsels assigned to represent Defendants in the above action. I write to respectfully request an adjournment of the settlement conference currently scheduled for Defendants' counsel alone, tomorrow, July 7, 2020, at 11:30 a.m., as Mr. Kitzinger and I have a conflict in another case, and our colleague, Mr. Toews, is out of the office this week. Mr. Kitzinger and I are available to speak with Your Honor this Wednesday afternoon, or anytime on Thursday, or another later date that is convenient to the court. I apologize for the lateness of this request and thank Your Honor for your consideration.

                                                                  Respectfully,

                                                                 /s
                                                                 Carolyn Kruk

cc. Plaintiffs' counsel (by ECF)