

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CAROLYN E. KRUK**
cell: (646) 939-7631
ckruk@law.nyc.gov

July 6, 2020

<u>VIA ECF</u>

Hon. Ona. T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *Disabled in Action et al. v. City of New York et al.*
      16 CV 8354 (VEC)(OTW)

Dear Magistrate Judge Wang:

      I am one of the Assistant Corporation Counsels assigned to represent Defendants in the above action. I write to respectfully request an adjournment of the settlement conference currently scheduled for Defendants' counsel alone, tomorrow, July 7, 2020, at 11:30 a.m., as Mr. Kitzinger and I have a conflict in another case, and our colleague, Mr. Toews, is out of the office this week. Mr. Kitzinger and I are available to speak with Your Honor this Wednesday afternoon, or anytime on Thursday, or another later date that is convenient to the court. I apologize for the lateness of this request and thank Your Honor for your consideration.

Respectfully,

/s
Carolyn Kruk

cc. Plaintiffs' counsel (by ECF)

---

Application Granted. The July 7, 2020 Defendants-only conference is hereby adjourned to July 9, 2020 at 2:00 pm. Chambers will email instructions for the call. The Clerk of Court is directed to close ECF 167. SO ORDERED.

_____
Ona T. Wang   July 6, 2020
U.S.M.J.