

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CAROLYN E. KRUK<br>cell: (646) 939-7631<br>ckruk@law.nyc.gov |
|---|---|---|

July 20, 2020

**By ECF**

Hon. Ona. T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re: *Disabled in Action et al. v. City of New York et al.*
      16 CV 8354 (VEC)(OTW)

Dear Magistrate Judge Wang:

  I am one of the Assistant Corporation Counsels assigned to represent Defendants in the above action. I write to respectfully request an adjournment of the settlement conference scheduled for Defendants' counsel alone, tomorrow, July 21, 2020, at 4 p.m., as my co-counsel, Mr. Kitzinger, is out of town this week, and I have a conflict in another case. Counsel for Defendants are all available for a conference with Your Honor on Monday, July 27 (anytime), or Tuesday, July 28 (before 2 p.m.), or another later date that is convenient to the Court.

  Thank you for your consideration of this request.

                Respectfully,

                /s
                Carolyn Kruk

cc. Plaintiffs' counsel (by ECF)

> The July 21, 2020 conference is hereby adjourned to **July 29, 2020 at 3:00 pm**. Chambers will email instructions for the call. The Clerk of Court is directed to close ECF 171. SO ORDERED.
>
> _____
> Ona T. Wang 7/20/2020
> U.S.M.J.