**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DISABLED IN ACTION, et al.,

                Plaintiffs,

            -against-

CITY OF NEW YORK, et al.,

                Defendants.

-------------------------------------------------------------x

No. 16-CV-8354 (VEC)

**SCHEDULING ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to appear for a counsel-only pre-settlement call on **November 5, 2020 at 10:00 am**. Counsel should dial-in using (866) 390-1828, access code 1582687. The Court will separately email a security code.

    **SO ORDERED.**

Dated: October 15, 2020
       New York, New York

           _s/ Ona T. Wang_
           **Ona T. Wang**
           United States Magistrate Judge