

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **CAROLYN E. KRUK**<br>cell: (646) 939-7631<br>ckruk@law.nyc.gov |

January 12, 2021

**By ECF**

Hon. Ona. T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

> **MEMO ENDORSED**

      Re:    *Disabled in Action et al. v. City of New York et al.*
               16 CV 8354 (VEC)(OTW)

Dear Magistrate Judge Wang:

      I am one of the Assistant Corporation Counsels assigned to represent Defendants in the above action. I write jointly on behalf of the parties to respectfully request an adjournment of the settlement conference currently scheduled for January 19, 2021 to the week of February 8, 2021, and an extension of the parties' time to submit ex-parte settlement letters until two days before the new conference date.  This is the parties' second request for an adjournment of the settlement conference.

      On December 14, 2020, Defendants provided Plaintiffs with a list of the NYPD's major programs, services, and activities, and the alternate ways in which these programs, services, and activities may be offered if they are not currently accessible to people with mobility disabilities. Plaintiffs responded to Defendants letter yesterday, as the intervening holidays delayed their response. Plaintiffs' letter included some questions and concerns as to Defendants' proposals. To allow Defendants time to consider Plaintiffs' response, and then meet – at least once – with Plaintiffs' counsel before the parties appear before Your Honor for a settlement conference, the parties respectfully request an adjournment of the settlement conference from January 19 to the week of February 8, 2021. The parties plan to schedule a call the week of February 1, 2021 to discuss settlement, and narrow the issues further. The parties also respectfully request permission to submit their ex parte letters two days before the rescheduled settlement conference (rather than seven days before the conference).

The parties conferred and confirmed their availability for a settlement conference before Your Honor on February 10, 11 or 12, 2021, or another later date that is convenient to the Court.

Accordingly, the parties respectfully request an adjournment of the settlement conference from January 19 to February 10, 11, or 12, 2021, and that the parties' ex-parte letters be submitted to Your Honor two days before the rescheduled settlement conference.

Thank you for your consideration of these requests.

Respectfully,

/s
Carolyn Kruk

cc. Plaintiffs' counsel (by ECF)

---

Application GRANTED. The Jan. 19, 2021 pre-settlement conference call is hereby adjourned to **Feb. 25, 2021 at 10:00 am**. Dial-in (866) 390-1828, access code 1582687. By 5 pm the day prior, counsel shall jointly email Chambers the names and phone numbers of the appearing attorneys. Ex parte letters due by **10:00 am on Feb. 23, 2021**. ECF 181 resolved.

SO ORDERED.

/s/ Ona T. Wang   Jan. 12, 2021
U.S.M.J.