

MEMO ENDORSED

Application GRANTED.
SO ORDERED.

_____
Ona T. Wang  8/12/21
U.S.M.J.

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CAROLYN E. KRUK**
Office: (212) 356-0893
Cell: (646) 939-7631
ckruk@law.nyc.gov

August 11, 2021

**By ECF**
Hon. Ona. T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

        Re:    *Disabled in Action et al. v. City of New York et al.*
                16 CV 8354 (VEC)(OTW)

Dear Magistrate Judge Wang:

        I am one of the Assistant Corporation Counsels assigned to represent Defendants in the above action. I write to respectfully request an extension of time for the parties to submit their ex parte letters to the Court, from August 13 to August 18, 2021, in advance of the settlement conference scheduled before Your Honor on August 23, 2021 at 3 p.m.

        Yesterday afternoon, on behalf of Defendants, I verbally communicated a new settlement proposal to Plaintiffs' counsel, Darin McAtee. Today, I intend to provide Plaintiffs' counsel with a written summary of it. To give Plaintiffs time to review and consider Defendants' proposal, and communicate their response to Defendants – and perhaps follow up with any questions or concerns, Defendants respectfully request a brief extension to August 18, 2021, for the parties to provide the Court with their ex parte letters in advance of the settlement conference scheduled for August 23, 2021 at 3 p.m.

        This is Defendants' first request for an extension of this deadline. Plaintiffs consent to the request.

        Thank you for your consideration.

                              Respectfully,
                              /s
                              Carolyn Kruk

cc. Plaintiffs' counsel (by ECF)