```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DISABLED IN ACTION, et al.,                        :
                                                   :
                        Plaintiffs,                :
                                                   :        No. 16-CV-8354 (VEC)
              -against-                            :
                                                   :        ORDER
CITY OF NEW YORK, et al.,                          :
                                                   :
                        Defendants.                :
                                                   :
                                                   :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Parties are directed to submit ex parte settlement status letters by call of business on August 23, 2021. The letters shall provide the availability each party has for a Pre-Settlement Call the weeks of September 6, 2021 and September 20, 2021.

**SO ORDERED.**

Dated: August 19, 2020   　　　　　　　　　　　　　　　　_s/ Ona T. Wang_
　　　New York, New York    　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge