**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
DISABLED IN ACTION, et al.,                                 :
                                                            :
                Plaintiffs,                                 :
                                                            :    No. 16-CV-8354 (VEC)
                -against-                                   :
                                                            :    ORDER
CITY OF NEW YORK, et al.,                                   :
                                                            :
                Defendants.                                 :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a **Pre-Settlement Conference Call on Wednesday, September 8, 2021 at 4:00 p.m.** The dial in information is (866) 390-1828, access code 1582687. On or before September 3, 2021, the parties are directed to submit *ex parte* settlement status letters to Chambers via email.

**SO ORDERED.**

Dated: August 31, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge