USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DISABLED IN ACTION, a nonprofit organization,  :
BROOKLYN CENTER FOR INDEPENDENCE  :
OF THE DISABLED, a nonprofit organization,  :
PAULA WOLFF, an individual, JEAN RYAN, an  :   16-CV-8354 (VEC)
individual, EDITH PRENTISS, an individual, and  :
DUSTIN JONES, an individual, on behalf of  :   ORDER
themselves and all other similarly situated,  :
     :
                              Plaintiffs,  :
     :
          -against-  :
     :
THE CITY OF NEW YORK, NEW YORK CITY  :
POLICE DEPARTMENT, and JAMES O'NEILL,  :
in his official capacity as Commissioner of the New  :
York City Police Department,  :
     :
                              Defendants.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 5, 2021, the parties reached a settlement in principle;

WHEREAS this action was brought as a putative class action, *see* Compl., Dkt. 1; and

WHEREAS the claims of a certified class, or a class proposed to be certified for purposes of settlement, may only be settled with the Court's approval and after certain procedures have been followed, *see* Fed. R. Civ. P. 23(e);

IT IS HEREBY ORDERED that by no later than **Friday, October 22, 2021**, Plaintiffs must update the Court as to whether they are dropping their class action claims or whether they plan to file a motion for preliminary approval of the class action settlement. If Plaintiffs abandon their class action claims, the Court will enter a 60 Day Order.

**SO ORDERED.**

Date: October 12, 2021
      New York, New York

_____
**VALERIE CAPRONI
United States District Judge**