**MEMO ENDORSED.**



| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **STEPHEN KITZINGER**<br>*Assistant Corporation Counsel*<br>Telephone: (212) 356-2087<br>SKitzing@law.nyc.gov<br>(not for service) |

October 29, 2025

Hon. Ona. T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

   Re: *Disabled in Action et al. v. City of New York et al.*
     Case No. 16 CV 8354 (VEC)(OTW)

Dear Magistrate Judge Wang:

   I am one of the Assistant Corporation Counsels assigned to represent defendant New York City Police Department in the above-referenced matter. I write to request a two-week adjournment of the settlement conference currently scheduled for Thursday, October 30, 2025, at 2:00 p.m. This request is necessary to allow sufficient time for the parties to meet and confer in an effort to resolve any remaining outstanding issues prior to meeting with the Court. Plaintiffs consent to this request. The parties are available for a conference on November 12 from 12-4:00 p.m., November 14 from 2-4:00 p.m., and November 17 from 12-4:00 p.m. If none of these times work for the Court, the parties will meet and confer and identify additional dates and times. Thank you in advance for your consideration of this request.

                Respectfully submitted,

                /s/ Stephen Kitzinger
                Stephen Kitzinger
                Assistant Corporation Counsel

cc: All counsel (via ECF)

The October 30th Conference is **ADJOURNED** to **November 19, 2025 at 2:30 PM.** Please call Chambers at (212) 805-0260 when all counsel are on the same line.

**SO ORDERED.**

_____
Ona T. Wang        October 29, 2025
U.S.M.J.