**MEMO ENDORSED.**



DISABILITY RIGHTS® ADVOCATES

2001 Center Street, Third Floor
Berkeley, California 94704-1204
(510) 665-8644
www.dralegal.org

April 29, 2026

***VIA ECF***

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Disabled in Action, et al. v. The City of New York, et al.*, No. 16-cv-8354 (VEC)
(OTW)

Dear Magistrate Judge Wang:

The Parties jointly request to continue the upcoming April 30, 2026 telephonic settlement conference for approximately 45 days.

The Parties plan to continue to meet and confer and will provide the Court with a joint status update and proposal for next steps prior to the next settlement conference.

Sincerely,

/s/ Amelia Evard
Amelia Evard
Staff Attorney
aevard@dralegal.org
(510) 426-6916

Attorney for Plaintiffs

cc: All counsel (via ECF)

The April 30 settlement conference is **ADJOURNED** to Tuesday, June 9, 2026 at 3:00 PM. Parties are directed to circulate a zoom link to chambers in advance of the conference.

**SO ORDERED.**

_____
Ona T. Wang          April 29, 2026
U.S.M.J.

Berkeley  •  Chicago  •  New York