

228 Park Ave S
PMB 509115
New York, NY, 10003-1502
(212) 644-8644
www.dralegal.org

# MEMO ENDORSED.

June 30, 2026

***VIA ECF***

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Disabled in Action, et al. v. The City of New York, et al.*, No. 16-cv-8354 (VEC)
(OTW)

Dear Magistrate Judge Wang:

The Parties jointly request to continue the upcoming July 1, 2026 telephonic settlement conference for approximately 45 days.

The Parties plan to continue to meet and confer and will provide the Court with a joint status update and proposal for next steps prior to the next settlement conference.

Sincerely,

/s/ Eliana Fisher
Eliana Fisher
Wolinsky Fellowship Attorney
efisher@dralegal.org
(917) 525-1660

Attorney for Plaintiffs

cc: All counsel (via ECF)

In light on continued conferrals by the parties regarding settlement, the July 1 telephonic settlement conference is **ADJOURNED to Thursday, August 13, 2026 at 2:00 PM.** Parties are directed to circulate a zoom link to Chambers via email in advance of the conference.

**SO ORDERED.**

_____
Ona T. Wang                              June 30, 2026
U.S.M.J.

Berkeley  •  Chicago  •  New York